# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **VENKY VENKATRAMAN,**<br>    *Plaintiff,*<br><br>**v.**<br><br>**SAKSHI VENKATRAMAN &**<br>**SMRITHI VENKATRAMAN,**<br>*Jointly and Severally Liable*<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **MEMO ENDORSED**<br><br>**Case 1:25-cv-08848-KPF** |

### Letter Motion Requesting Adjournment of Initial Pretrial Conference

January 27, 2026

Via ECF

HON. KATHERINE POLK FAILLA
United States District Judge
Southern District of New York

Pursuant to the Court's Individual Rules, Plaintiff respectfully requests a brief adjournment of the Initial Pretrial Conference. The following information is provided in compliance with the Court's requirements:

1. **Original Date of Conference**
   The Initial Pretrial Conference is currently scheduled for **February 5, 2026, at 4:00 p.m**.

2. **Number of Prior Requests**
   This is the **first request** for an adjournment or extension in this case.

3. **Disposition of Prior Requests**
   Not applicable, as no prior requests have been made.

4. **Adversary's Position**
   Plaintiff has **not yet sought Defendants' consent** to this request. Given the timing of recent service and the absence of any appearance by Defendants, Plaintiff believes it appropriate to bring this request directly to the Court.

**Basis for Request**

Defendant **Sakshi Venkatraman** was **personally served at her residence on January 19, 2026**, as reflected in the filed Affidavit of Service. Under **Fed. R. Civ. P. 12(a)(1)(A)(i)**, her deadline to answer or otherwise respond is **February 9, 2026**, which falls after the currently scheduled pretrial conference.

Prior to effecting personal service, Plaintiff provided Defendant Sakshi Venkatraman more than **sixty (60) days** to respond to a **Waiver of Service**, which was **confirmed delivered by certified mail with signature on November 4, 2025**. No waiver was returned, necessitating personal service.

Proceeding with the Initial Pretrial Conference before Defendant's response deadline would therefore be premature as to at least one Defendant.

Plaintiff respectfully requests that the Initial Pretrial Conference be adjourned to a date **after February 9, 2026**, or alternatively limited to procedural scheduling matters only.

Thank you for the Court's consideration.

Respectfully submitted,

Venky Venkatraman, Pro Se
415 Gifford Drive
Coppell, TX 75019
Tel: (469) 766-2875
Fax: (972) 535-4765
Email: venky@att.net

By:   /s/ Venky Venkatraman
      Venky Venkatraman

**Certificate of Service**

I hereby certify that on January 27, 2026, a true and correct copy of the foregoing was electronically filed. Notice of this filing will be sent electronically using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this suit.

/s/ Venky Venkatraman
Venky Venkatraman

Application GRANTED.  To afford Defendants time to appear and respond to the complaint, the Court ADJOURNS the Initial Pretrial Conference previously scheduled for February 5, 2026, to **March 19, 2026,** at **2:30 p.m.**  As before, the conference will be telephonic.  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

Additionally, the Court has reviewed Plaintiff's pretrial conference letter.  (*See* Dkt. #17).  Plaintiff expresses interest in being referred to the Court-annexed mediation program and openness to settlement discussions.  Accordingly, when the parties submit their proposed Case Management Plan and accompanying joint letter (*see* Dkt. #10), they shall inform the Court whether they wish to be referred to the mediation program or to the Magistrate Judge for a settlement conference.

The Clerk of Court is directed to terminate the pending motion at docket entry 15.

Dated:    January 30, 2026            SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE