UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VENKY VENKATRAMAN,

               Plaintiff,

       -v.-

SAKSHI VENKATRAMAN, *jointly and severally liable*, and SMRITHI VENKATRAMAN, *jointly and severally liable*,

               Defendants.

25 Civ. 8848 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

     As set forth on the record at the March 19, 2026 initial pretrial conference, Plaintiff shall amend his complaint on or before **April 17, 2026**. Defendants shall file their motions to dismiss on or before **May 22, 2026**. Plaintiff's opposition is due on or before **June 26, 2026**. Defendants' replies (should they wish to reply) are due on or before **July 17, 2026**.

     SO ORDERED.

Dated:   March 19, 2026
          New York, New York

                                       KATHERINE POLK FAILLA
                                   United States District Judge