**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

VENKY VENKATRAMAN,

Plaintiff,

-against-

25 **CIVIL** 8848 (KPF)

# JUDGMENT

SAKSHI VENKATRAMAN and SMRITHI VENKATRAMAN,

Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 17, 2026, Defendants' motion to dismiss pursuant to Rule 12(b)(1) is GRANTED. The Court notes that it would also grant dismissal pursuant to Rule 12(b)(2) as to Smrithi, and pursuant to Rule 12(b)(6) as to both Defendants, were subject matter jurisdiction present; accordingly, the case is closed.

**Dated:** New York, New York

November 19, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**